JUNJI SUZUKI (SBN 184738)
junji@marshallsuzuki.com
MARSHALL SUZUKI LAW GROUP, LLP
230 California Street, Suite 415
San Francisco, CA 94111
Telephone: (415) 618-0090
Facsimile: (415) 618-0190
Attorney for Applicant,
Social Medical Incorporated Association Keisuikai

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Ex Parte Application of<br><br>SOCIAL MEDICAL INCORPORATED ASSOCIATION KEISUIKAI,<br><br>      Applicant. | Case No:<br><br>**DECLARATION OF YUICHI FUNAKOSHI IN SUPPORT OF EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 PERMITTING DISCOVERY FOR USE IN FOREIGN PROCEEDING** |

I, Yuichi Funakoshi, declare as follows:

1. I am an attorney duly licensed to practice law in Japan. I am a partner at Toda Sogo Law Office. Applicant, Social Medical Incorporated Association Keisuikai ("Applicant"), a social medical incorporated association organized and existing under the laws of Japan, retained me to initiate a civil lawsuit against those liable for defamation and unlawful business interference under Japanese law as soon as their identities have been ascertained through discovery.

2. I have personal knowledge of each matter stated herein.

3. I submit this declaration in support of Applicant's Ex Parte Application for Order Pursuant to 28 U.S.C. § 1782 (the "Application").

-Page 1 of 5-
**In re Ex Parte Application of Social Medical Incorporated Association Keisuikai**
Declaration of Yuichi Funakoshi in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

4. "Nadogaya Hospital" ("名戸ヶ谷病院 (Na-Do-Ga-Ya-Byo-In)" in Japanese), a hospital in Chiba, Japan opened in May of 1983. Applicant was approved as a social medical incorporated association in January of 2013, since then, Applicant has been operating this hospital. On August 22, 2021, a review described in Exhibit A attached hereto (the "Subject Review 1") was also posted on the Google Map review page[1] concerning "Nadogaya Hospital" through a Google Account whose display name was "米田宏樹"[2] (the "Subject Google Account 1"). In or about August of 2021, another review described in Exhibit B attached hereto (the "Subject Review 2") was also posted on the Google Map review page[3] concerning "Nadogaya Hospital" through a Google Account whose display name was "矢野幹夫"[4] (the "Subject Google Account 2"). Furthermore, on November 14, 2021, a review described in Exhibit C attached hereto (the "Subject Review 3") was posted on the Google Map review page[5] concerning "Nadogaya Hospital" through a Google Account whose display name was "武田直樹"[6] (the "Subject Google Account 3," the Subject Google Account 1 the Subject Google Account 2 and the Subject Google Account 3 are hereinafter collectively referred to as the "Subject Google Accounts"). On the other hand, at around the same time, the Subject Google Account 3 posted a review described in Exhibit D attached hereto (the "Subject Review 4," the Subject Reviews 1 through 4 are hereinafter collectively referred to as the "Subject Reviews") on the Google

---

[1] https://goo.gl/maps/J4AZnf3xEDpeA7Nc6

[2] https://www.google.com/maps/contrib/111988086133869614699/reviews/@35.8389713,139.9717994,17z/data=!4m3!8m2!3m1!1e1?hl=ja-JP

[3] https://goo.gl/maps/viTZYLkdYx8Tmt2D9

[4] https://www.google.com/maps/contrib/115350108959885746344/reviews/@35.8389713,139.9717994,17z/data=!4m3!8m2!3m1!1e1?hl=ja-JP

[5] https://goo.gl/maps/6CiY1WTse4794nB58

[6] https://www.google.com/maps/contrib/113354270590553175702/reviews/@35.8389713,139.9717994,17z/data=!4m3!8m2!3m1!1e1?hl=ja-JP

-Page 2 of 5-

**In re Ex Parte Application of Social Medical Incorporated Association Keisuikai**
Declaration of Yuichi Funakoshi in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

map review page concerning a third party hospital called "Kashiwa Kosei General Hospital" ("柏厚生総合病院" (Ka-Shi-Wa-Ko-Sei-Sogo-Byo-In") in Japanese), located also in Chiba, Japan, but negatively referring to "Nadogaya Hospital". Exhibit A, B, C and D are true and correct copies of the Subject Reviews on the review pages as of December 7, 2021.

5. The Subject Review 1, the Subject Review 2 and the Subject Review 3 were posted with one-star and offensive comments, such as that one of doctors, mentioned specifically, is a quack and made errors in a surgery then he had patient's joint infected or cut patient's nerve, and one of nurses, also mentioned specifically, had extremely bad attitude. The Subject Review 4 was posted with five-stars concerning "Kashiwa Kosei General Hospital," which is not operated by Applicant, however, was posted with offensive comments to "Nadogaya Hospital," such as that the said doctor is a quack, and the doctor had patient's joint infected. Based on my investigation into this matter, which includes interviewing of Applicant personnel and reviewing of pertinent records, the offensive comments are false or defamatory, and the Subject Reviews constitute defamation and/or unlawful business interference under Japanese Civil Code Article 709[7][8].

6. Considering the facts above and based on my investigation into this matter, which includes interviewing of Applicant personnel and reviewing of pertinent records, the offensive comments are false or defamatory. It is my opinion as a Japanese lawyer that the Subject Reviews were posted for harassment purpose and constitutes defamation and unlawful business interference under Japanese Civil Code Article 709[9][10].

---

[7] https://elaws.e-gov.go.jp/document?lawid=129AC0000000089

[8] http://www.japaneselawtranslation.go.jp/law/detail/?id=2057&vm=&re

[9] *Supra* note 7.

[10] *Supra* note 8.

**In re Ex Parte Application of Social Medical Incorporated Association Keisuikai**
Declaration of Yuichi Funakoshi in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding
-Page 3 of 5-

7. Therefore, Applicant intends to bring a lawsuit in Japan against the person(s) associated with the Subject Google Accounts as soon as the person(s)' identities have been ascertained through the discovery sought by the Application.

8. In order to identify the person(s) who committed unlawful acts against Applicant through the Subject Google Accounts, it is crucial for Applicant to obtain the information relevant thereto. In particular, the information relating to the Subject Google Accounts, as specified in the proposed subpoena concurrently filed with the Application, would be critical and highly relevant in identifying the perpetrators. Japanese law does not allow "John Doe defendant" in civil litigation, and a plaintiff must state names and physical addresses of the all parties in the complaint. Article 2 (1) of Rules of Civil Procedure (Rules of the Supreme Court of Japan No. 5 of 1996). Therefore, without first obtaining the information about the Subject Google Accounts, Applicant may not even start a litigation. Obviously, access log when the Subject Reviews was posted and access log for each login are highly relevant and necessary, but some or all of them may be unavailable because records of older access are generally erased after a short period of time (usually 3 to 6 months), in which case subsequent access logs after the Subject Reviews were posted will become highly relevant and necessary for Applicant.

9. The Subject Google Accounts are maintained by Google[11], located in Mountain View, California[12]. Google is not a party to the anticipated Japanese lawsuit described above.

10. I am not aware of any restrictions imposed by or any policies under Japanese law limiting the proof-gathering proceeding in the manner proposed and for the purposes stated herein and in the Application.

11. Based on the above, the documents sought from Google are highly relevant to Applicant's anticipated Japanese lawsuit and are narrowly tailored and limited to the discovery

---

[11] https://about.google/intl/en/products/

[12] https://about.google/intl/en/locations/

-Page 4 of 5-

**In re Ex Parte Application of Social Medical Incorporated Association Keisuikai**
Declaration of Yuichi Funakoshi in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

materials related to the Subject Google Accounts through which the identities of the defendants to the anticipated Japanese lawsuit could be ascertained and nothing further.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: Dec 24, 2021        By: 船越 雄一
                               Yuichi Funakoshi

-Page 5 of 5-
**In re Ex Parte Application of Social Medical Incorporated Association Keisuikai**
Declaration of Yuichi Funakoshi in Support of Ex Parte Application for Order pursuant to 28 U.S.C. § 1782 Permitting Discovery for Use in Foreign Proceeding

Exhibit A

## 名戸ヶ谷病院

総合病院
新柏2丁目

場所の詳細



### 米田宏樹

★☆☆☆☆　3か月前

以前の話ですが、母が膝が痛くてかかりつけの整形外科で注射を打っていましたが、全然治らなくて、人工関節の手術が必要と言われて、国府先生あての紹介状を持って整形外科を受診しました。外来の看護婦で化粧が濃く、非常に態度の悪い人がいました。母が歩くのが遅いと「さっさと歩け。」と言って、質問しても「はー。なんか文句あんの。」と言われました。名前を確認すると森田由美子という名前でした。あまりに態度が悪いので文句を言ったところ、「キャー。」と叫び、急に被害者面して事務の男の人が三人ぐらい出てきてクレーマー対応でした。国府先生の診察の際も森田由美子という看護婦の話をしたところ、困った顔をしていました。誰も森田由美子という看護婦を注意したりしないので柏厚生総合病院の高澤先生の診察を受けて、膝の人工関節の手術を受けました。痛みもなく順調に回復しました。国府先生に問題があるとまでは言いませんが、態度の悪い看護婦に注意ぐらいしてもよかったのではと思います。おかげで柏厚生総合病院の良い先生に出会えました。

👍 32　　＜ 共有

Exhibit B

名戸ヶ谷病院

総合病院
新柏2丁目

場所の詳細



 矢野幹夫

★☆☆☆☆　3か月前

手が痛くてばね指と言われ、紹介状を書いてもらいこの病院の診察を受けました。国分幸洋というやぶ医者が診察をして手術という話になりました。小さな傷口ですぐに終わるという話してした。実際に手術を受けてみるとまず痛すぎて耐えきれません。先生に「痛いです。」といっても聞こえないのか無視して手術を続けます。痛みに耐えているとブチッという感じがして指先全体に強烈な痛みが走りました。その後手術が終了し、何日かして指先の感覚がないことに気が付きました。国分幸洋先生に尋ねてみると「神経を切ってしまったかもしれない。仕方がない。」と言われ、よくわからない薬を出されただけでした。その後も指先の感覚はありません。別の病院に行こうとしても紹介状は断固として書いてくれません。無理に頼むと事務の男の人が三人ぐらい出てきて完全にクレーマー扱いです。仕方なしに紹介状なしで別の病院の診察を受けると「神経を切られたね。」と言われました。神経のチューブを入れる手術を受けました。その後は少しづつですが回復してきています。医療ミスかと思い、名戸ヶ谷病院に当時のカルテを開示するように頼んでもクレーマー対応されるだけで何一つ見せてくれません。この病院だけはやめておいた方がいいです。国分幸洋って医者はいろいろ派手な宣伝をしていますが技術も人間性も最悪です。

👍 26　　＜ 共有

Exhibit C

## 名戸ヶ谷病院

総合病院
新柏2丁目

場所の詳細



 武田直樹

★☆☆☆☆ 3週間前

膝が悪くて近くのお医者さんにかかっていましたが、手術が必要ということでこの病院を紹介されました。整形外科の国府幸洋という医者が担当で手術することになりました。手術した後に人工関節が感染しました。病棟の小尾という人と手術室の前山という人が感染の原因が手術室なのか病棟管理なのか争っていました。どっちでもいいですがきっちり治してほしいです。柏厚生総合病院に転院することになって高沢先生という素晴らしい先生に出会いました。国府幸洋の失敗のしりぬぐいの治療には苦労しましたが何とか治してもらいました。最初から柏厚生総合病院の高沢先生にかかっていればよかったです。

👍 12      ＜ 共有

# Exhibit D

**柏厚生総合病院**

総合病院
篠籠田

場所の詳細



 武田直樹

★★★★★ 3週間前

膝が悪くて近くのお医者さんにかかっていましたが、手術が必要ということで名戸ヶ谷病院を紹介されました。国府幸洋というヤブ医者が担当で手術することになりました。手術した後に人工関節が感染しました。病棟の小尾という人と手術室の前山という人が感染の原因が手術室なのか病棟管理なのか争っていました。どっちでもいいですがきっちり治してほしいです。この病院に転院することになって高澤先生という素晴らしい先生に出会いました。国府幸洋の失敗のしりぬぐいの治療には苦労しましたが何とか治してもらいました。最初から柏厚生総合病院の高澤先生にかかっていればよかったです。人工関節は高澤先生がおすすめです。

👍 9      ⤴ 共有